# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## RECORD FOR CERTIORARI TRANSMITTAL FORM

February 16, 2024

TO: Clerk of Court
    Supreme Court of the United States
    1 First Street N.E.
    Washington, DC   20543

|  | |
|---|---|
| No. 21-2986 | UNITED STATES OF AMERICA, <br>       Plaintiff - Appellee <br><br> v. <br><br> JAMES E. SNYDER, <br>       Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 2:16-cr-00160-MFK-2 <br> Northern District of Indiana, Hammond Division <br> District Judge Matthew F. Kennelly ||

Pursuant to a request from the Supreme Court of the United States dated February 16, 2024, Supreme Court Case Number: 23-108, I, Christopher G. Conway, Clerk of Court of the United States Court of Appeals for the Seventh Circuit, do hereby certify that the foregoing contains a true copy of the appellate record.

     See document nos. 25, 26, 36, 42, 51, 59, 60, 61, 63 & 65

This Court, by copy of this document, requests the District Court to certify and transmit immediately the entire record (including transcripts) not available on PACER. See the included letter from the Supreme Court for further instructions.

IN TESTIMONY WHEREOF



I hereunto subscribe my name and affix the seal of said United States Court of Appeals for the Seventh Circuit, this 16th day of February, 2024.

___s/ Mathew Nowak_____

Deputy Clerk, United States Court of Appeals for the Seventh Circuit

**cc:** Chanda J. Berta

form name: **c7_Cert_Roa_Trans**    (form ID: **181**)